UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
NAMEL NORRIS,                                                        :
:
                 Plaintiff,                          :
:       24 Civ. 3011 (JPC)
      -v-                                                         :
:       <u>ORDER</u>
SADLERSTONE, LLC d/b/a CONCRETE                                      :
COLLABORATIVE *et al.*,                                              :
:
                 Defendants.                         :
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On May 6, 2024, Plaintiff served Defendants Sadlerstone, LLC d/b/a Concrete Collaborative and Lau's VI Realty, LLC with copies of the Summons and Complaint. Dkts. 7-8. Defendants' deadline to respond to the Complaint was therefore May 28, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendants. Accordingly, the Court extends *sua sponte* Defendants' deadline to respond to the Complaint until June 17, 2024. If Defendants once again fail to respond to the Complaint by their deadline to do so, Plaintiff should seek Certificates of Default by June 24, 2024.

       SO ORDERED.

Dated: June 10, 2024
       New York, New York
                                                       JOHN P. CRONAN
                                                   United States District Judge