```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
NAMEL NORRIS,                                                    :
                                                                 :
                           Plaintiff,                            :
                                                                 :      24 Civ. 3011 (JPC)
             -v-                                                 :
                                                                 :             ORDER
SADLERSTONE, LLC d/b/a CONCRETE                                  :
COLLABORATIVE et al.,                                            :
                                                                 :
                           Defendants.                           :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On July 29, 2024, the Court ordered Plaintiff to file his proposed second amended complaint by August 1, 2024. Dkt. 18. That deadline has passed, yet the docket reflects no such pleading. The Court accordingly *sua sponte* extends this deadline to August 12, 2024; the September 12, 2024 deadline for Sadlerstone, LLC to answer remains the same. Plaintiff is reminded that "all litigants have an obligation to comply with court orders," and failure to comply may result in sanctions. *Baba v. Japan Travel Bureau Int'l*, 111 F.3d 2, 5 (2d Cir. 1997) (cleaned up).

SO ORDERED.

Dated: August 5, 2024
       New York, New York

_____
JOHN P. CRONAN
United States District Judge