```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
NAMEL NORRIS,                                                          :
                                                                       :
                            Plaintiff,                                 :
                                                                       :        24 Civ. 3011 (JPC)
            -v-                                                        :
                                                                       :              ORDER
SADLERSTONE, LLC, and LAU'S VI REALTY, LLC,                            :
                                                                       :
                            Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On August 13, 2024, Plaintiff served Defendants with copies of the Summons and Second Amended Complaint. Dkts. 25, 26. Defendants' deadline to respond to the Second Amended Complaint was therefore September 3, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Second Amended Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendants' deadline to respond to the Second Amended Complaint until September 10, 2024. If Defendants once again fails to respond to the Second Amended Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by September 17, 2024.

SO ORDERED.

Dated: September 4, 2024
       New York, New York                         _____
                                                       JOHN P. CRONAN
                                                       United States District Judge