UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
NAMEL NORRIS,                                                          :
:
                         Plaintiff,                          :
:       24 Civ. 3011 (JPC)
          -v-                                                         :
:       ORDER
SADLERSTONE, LLC, and LAU'S VI REALTY, LLC,                            :
:
                         Defendants.                        :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On September 4, 2024, the Court *sua sponte* extended Defendants' deadline to respond to the Second Amended Complaint to September 10, 2024. Dkt. 27. In that Order, the Court directed Plaintiff to seek a Certificate of Default by September 17, 2024 if Defendants again failed to respond. Both the deadline for Defendants to respond to the Second Amended Complaint and Plaintiff's deadline to seek a Certificate of Default have passed and the docket does not reflect any activity by the parties. The Court *sua sponte* extends Plaintiff's deadline to seek a Certificate of Default to September 23, 2024. Plaintiff is cautioned that under Federal Rule of Civil Procedure 41(b), "a district court, in its discretion, may dismiss an action for a plaintiff's want of prosecution." *United States ex rel. Weiner v. Siemens AG*, 87 F.4th 157, 163 (2d Cir. 2023).

      SO ORDERED.

Dated: September 19, 2024
       New York, New York
                                                                 JOHN P. CRONAN
                                                                United States District Judge