UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
NAMEL NORRIS,                                                          :
                                                                       :
                              Plaintiff,                               :
                                                                       :         24 Civ. 3011 (JPC)
          -v-                                                          :
                                                                       :              ORDER
SADLERSTONE, LLC, and LAU'S VI REALTY, LLC,                            :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On October 4, 2024, Plaintiff served Defendants with copies of the Summons and Second Amended Complaint. Dkts. 31, 32. Defendants' deadline to respond to the Second Amended Complaint was therefore October 25, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Second Amended Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendants' deadline to respond to the Second Amended Complaint until November 1, 2024. If Defendants once again fails to respond to the Second Amended Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by November 8, 2024.

      SO ORDERED.

Dated: October 30, 2024
      New York, New York
                                                  JOHN P. CRONAN
                                                United States District Judge