# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

February 4, 2025

**VIA CM/ECF**
Honorable Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 12D
New York, NY 10007

      Re:    Norris v. Sadlerstone, LLC, d/b/a Concrete Collaborative, et al
             Case 1:24-cv-03011-JPC-OTW

Dear Judge Cronan:

    The undersigned represents the Plaintiff in the above-captioned case matter.

    Per Order [D.E. 56], this case was dismissed allegedly due to a settlement in principle. This case has not settled. A 60-day stay was requested at the recent hearing for the parties to be able to settle this matter.

    Please kindly reverse the Order of Dismissal and issue a 60-day stay instead. This would allow the parties to come to an agreement on the terms of settlement and to be able to correctly settle this matter.

    Therefore, the undersigned and counsel for the Defendants upon conferral respectfully requests that this Honorable Court grant counsel a 60-day stay of this matter in order to advance the settlement in concurrence with all parties

    Thank you for your attention to this matter.

Respectfully submitted,

By: /S/ B. Bradley Weitz_____.
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com

---

The Court construes Plaintiff's letter as an application to reopen this case. The application is granted. The parties shall file a status letter with the Court informing the Court of the status of settlement discussions by the earlier of April 4, 2025 or the date on which a settlement in principle is reached. The Clerk of Court is respectfully directed to reopen this case and to mark this case as stayed. The Clerk of Court is further directed to close Docket Number 57.

SO ORDERED.
Date: February 4, 2025
New York, New York

*[signature]*
JOHN P. CRONAN
United States District Judge