UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
NAMEL NORRIS,

        Plaintiff,

        -against-

SADLERSTONE, LLC, et al.,

        Defendants.

------------------------------------------------------------x

24-CV-3011 (JPC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a preliminary settlement conference call on April 22, 2025. If the parties have reached a settlement, they will file a stipulation of settlement by **5:00 p.m. on Friday, May 2, 2025**.

If no such stipulation is filed by that time, the Court will assume that the parties are unable to settle the case, and will schedule an in-person Initial Case Management Conference on the nearest available date in May.

    **SO ORDERED.**

Dated: April 23, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge